IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 5:23-MJ-00033-1-CDB |
| | ) | |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL OSWALDO ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Fatima Rodriguez be appointed to represent the above defendant in this case, effective *nunc pro tunc* to September 12, 2023, for the arraignment and detention hearing only.

IT IS SO ORDERED.

Dated:  **September 18, 2023**                                          _____
                                                                                                  UNITED STATES MAGISTRATE JUDGE

-1-